**DENY; and Opinion Filed August 15, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00781-CV

### IN RE TRAVIS FOSTER, Relator

**Original Proceeding from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 15-00357**

## MEMORANDUM OPINION
Before Justices Francis, Evans, and Stoddart
Opinion by Justice Stoddart

Before the Court is relator's petition for writ of mandamus in which he seeks relief from the denial of his petition in intervention and motion for leave to intervene in a SAPCR action brought by the Texas Department of Family and Protective Services ("DFPS"). The facts and issues are well known to the parties, so we need not recount them here.

To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding).

Accordingly, we **DENY** relator's petition for writ of mandamus.

/Craig Stoddart/
CRAIG STODDART
JUSTICE

160781F.P05